UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS AGUILAR, | No. C 14-0949 MEJ (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| K. OHLAND, | |
| Defendant. / | |

Pursuant to the order granting defendant's motion to dismiss, judgment is entered in favor of defendant and against plaintiff. Plaintiff shall obtain no relief by way of his complaint.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 1, 2015

Maria-Elena James
United States Magistrate Judge